# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Nicholas Harding,

      Plaintiff(s),

vs.

Richard Culler,

      Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08-cv-209-02

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/7/2008 Order.

Signed: May 7, 2008

Frank G. Johns, Clerk
United States District Court